IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                                         PLAINTIFF

v.                          No. 4:20-cv-407-DPM

STARK LIGON; CATHLEEN
COMPTON; EDWARD ADCOCK;
DANIEL HANCOCK; and MIKE
LANCASTER                                                       DEFENDANTS

## ORDER

1.  Lancaster's application to proceed *in forma pauperis*, Doc. 1, is denied without prejudice as incomplete. The Court cannot discern what income he has, the value of his home and truck, or whether he can pay the filing fee. If Lancaster wants to pursue this case, he must either pay the filing fee or file a more complete IFP application by 15 June 2020.

2.  If Lancaster is granted IFP status, the Court will screen his complaint. 28 U.S.C. §1915(e)(2). It appears to echo a case dismissed last month for failure to state a claim. *Lancaster v. Ligon*, No. 4:20-cv-204-BSM, *Doc. 7, 8, & 10*. If he chooses to do so, Lancaster may, therefore, file a proposed amended complaint explaining his claim and why this federal court has subject matter jurisdiction to consider it.

3.  Lancaster's recent motions, *Doc. 4 & 5*, are denied without prejudice as premature.

4. Lancaster must either pay the filing fee or file a new IFP application, and file any amended complaint, by 15 June 2020. If he does not, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2020