IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                                      PLAINTIFF

v.                             No. 4:20-cv-407-DPM

STARK LIGON, CATHLEEN
COMPTON, EDWARD ADCOCK,
DANIEL HANCOCK, MIKE
LANCASTER                                                    DEFENDANTS

## ORDER

The Clerk is directed to update the docket sheet to reflect Bryce Brewer as a named defendant.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2020