IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                                            PLAINTIFF

v.                          No. 4:20-cv-407-DPM

STARK LIGON, CATHLEEN
COMPTON, EDWARD ADCOCK,
DANIEL HANCOCK, MIKE
LANCASTER, BRYCE BREWER                                          DEFENDANTS

ORDER

Lancaster's motion for a refund of the civil filing fee, *Doc. 54*, is denied. (The Court retains jurisdiction on this collateral issue even though Lancaster has appealed on the merits. *FutureFuel Chem. Co. v. Lonza, Inc.*, 756 F.3d 641, 648 (8th Cir. 2014).) The obligation to pay a filing free accrues when a litigant files a complaint with the court. 28 U.S.C. § 1914(a). "There is no refund of a filing fee just because an appellant, petitioner, or other seeker of judicial review is dissatisfied with the outcome of his quest, whether that outcome is defeat on the merits or a refusal, for jurisdictional or other reasons, even to consider the merits." *Bell v. Clark*, 194 F.3d 781, 782 (7th Cir. 1999).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2020