IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                                    PLAINTIFF

v.                      No. 4:20-cv-407-DPM

STARK LIGON; CATHLEEN
COMPTON; EDWARD ADCOCK;
DANIEL HANCOCK; MIKE
LANCASTER; BRYCE BREWER                                    DEFENDANTS

## ORDER

This Court has received the Court of Appeals' mandate affirming this Court's judgment. This matter is closed. The Court directs the Clerk not to accept or file any more papers from Lancaster in this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 December 2020