IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                              PLAINTIFF

v.                       No. 4:20-cv-407-DPM

STARK LIGON; CATHLEEN
COMPTON; EDWARD ADCOCK;
DANIEL HANCOCK; MIKE
LANCASTER; BRYCE BREWER                              DEFENDANTS

ORDER

The Court vacates 15 December 2020 Order, *Doc. 75*. This Court has received the Court of Appeals' judgment, not the mandate. The Court lifts the stop-docket directive.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2020