# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES PATRICK LANCASTER                      PLAINTIFF

v.                No. 4:20-cv-407-DPM

STARK LIGON; CATHLEEN
COMPTON; EDWARD ADCOCK;
DANIEL HANCOCK; MIKE
LANCASTER; BRYCE BREWER                      DEFENDANTS

## ORDER

The motions, *Doc. 78 & 79*, and the addendum, *Doc. 81*, seek relief from the Court of Appeals and Chief Judge Smith, not this Court. Therefore, the Court directs the Clerk of Court to forward *Doc. 78, 79, & 81* to the Clerk of the U.S. Court of Appeals for the Eighth Circuit and remove the gavels on the motions from the docket sheet.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2021