IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES PATRICK LANCASTER                         PLAINTIFF

v.                      No. 4:20-cv-407-DPM

STARK LIGON, CATHLEEN
COMPTON, EDWARD ADCOCK,
DANIEL HANCOCK, MIKE
LANCASTER, BRYCE BREWER                      DEFENDANTS

## ORDER

Lancaster's motion for a refund of filing fees, *Doc. 89*, is denied for the reasons stated in August 2020 when he sought this relief. *Doc. 60*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 June 2021